UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CUMIS INSURANCE SOCIETY, INC., | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1277 (PLF) |
| REGINALD CLARK, et al., | ) ) | |
| Defendants. | ) ) ) | |

ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that defendant Reginald Clark's motion to dismiss [Dkt. Nos. 70 & 164] is DENIED; it is

FURTHER ORDERED that plaintiff CUMIS Insurance Society, Inc.'s motion for summary judgment [Dkt. Nos. 62 & 163] is DENIED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the parties shall appear for a status conference at 10:30 A.M. on September 5, 2018. At the status conference, Mr. Clark should be prepared to represent, with specificity, whether he believes that he is entitled to any additional or outstanding discovery from CUMIS. Mr. Clark may also raise any questions he has regarding his respective rights and obligations in discovery. The Court further directs both parties to be prepared to discuss proposed deadlines by which CUMIS will serve its requests for admissions on Mr. Clark

and possible dates for Mr. Clark's deposition, as well as a schedule by which any other outstanding discovery matters will be resolved.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 19, 2018